Testing